**Opinion issued August 20, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00208-CV**

————————————

**IN RE INTECH AEROSPACE, LLC, RELATOR**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Intech Aerospace, LLC, has filed a petition for writ of mandamus complaining of the trial court's December 18, 2023 "Order Denying Defendant's 91(a) Motion to Dismiss."[1]

---

[1] The underlying case is *Brian Windsor v. Intech Aerospace, LLC*, cause number 2023-61632, pending in the 281st District Court of Harris County, Texas, the Honorable Christine Weems, presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.